SEALED

## CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br><br>**Rafaela Rosella Ann ANTONIO**<br>United States Citizen<br>DOB: xx/xx/1968 | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**21-06026MJ** |

### Complaint for violation of Title 18, U.S.C. § 751(a)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about October 1, 2021, at or near Tucson, in the District of Arizona, the defendant, Rafaela Rosella Ann ANTONIO, did knowingly escape from custody at Dismas Charities, an institutional facility in which she was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the District of Arizona upon conviction for the commission of Transportation of Illegal Alien for Profit, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (a)(1)(B)(i);

All in violation of Title 18, United States Code, Section 751.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about January 2, 2020, Rafaela Rosella Ann ANTONIO was sentenced to the custody of the Bureau of Prisons to serve a 33-month prison sentence pursuant to her conviction for Transportation of Illegal Alien for Profit, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (a)(1)(B)(i) in CR-19-02623-CKJ. Pursuant to her commitment to the Bureau of Prisons and by the authority of the Attorney General of the United States, ANTONIO was designated to serve a portion of her sentence at Dismas Charities, an institutional facility, located in Tucson, Arizona.

On October 1, 2021, at approximately 12:11 PM, staff at Dismas Charities discovered that ANTONIO was "out of bounds" in a shopping center at Flowing Wells and Prince Road in Tucson. The director of Dismas Charities contacted ANTONIO and ordered her back to the facility by 3:00 PM. At approximately 3:15 PM, ANTONIO's GPS unit strap was cut off and left on an electrical box on the corner of Cherry and Prince Road near a bus stop. ANTONIO failed to return to Dismas Charities and her current whereabouts are unknown.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

**REQUEST DETENTION**

Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.

AUTHORIZED BY: AUSA Ryan J. Ellersick

RYAN ELLERSICK
Digitally signed by RYAN ELLERSICK
Date: 2021.10.20 10:38:18 -07'00'

**SIGNATURE OF COMPLAINANT**
#4504

**OFFICIAL TITLE**
Deputy U.S. Marshal

Sworn to before me and subscribed in my presence.

**SIGNATURE OF MAGISTRATE JUDGE[1]**

**DATE**
October 20, 2021

[1] See Federal rules of Criminal Procedure Rules 3 and 54

CC: AUSA (R. Ellersick), USM, PTS - Copies Distributed